**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2206**

BERHANU GUGGSA GEMEDA,

Petitioner,

versus

JOHN ASHCROFT,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A76-496-000)

Submitted: April 19, 2004          Decided: July 27, 2004

Before WIDENER, MOTZ, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Thomas Hailu, Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, Robert M. Loeb, Stephanie R. Marcus, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Berhanu Guggsa Gemeda petitions for review of an order of the Board of Immigration Appeals ("Board") finding that he failed to establish exceptional circumstances warranting the immigration judge to reopen the removal proceedings. Gemeda contends: (1) mere tardiness is not a failure to appear; (2) he established his failure to appear was due to exceptional circumstances; and (3) he was denied the right to due process. Finding no reversible error, we affirm.

This Court's review of the Board's denial of a motion to reopen is extremely deferential, and the decision will not be reversed absent abuse of discretion. Stewart v. INS, 181 F.3d 587, 595 (4th Cir. 1999). Motions to reopen are disfavored. INS v. Doherty, 502 U.S. 314, 323 (1992); 8 C.F.R. § 1003.2(c) (2003). We find the Board did not abuse its discretion in finding that Gemeda failed to establish exceptional circumstances warranting granting a motion to reopen. See 8 U.S.C. § 1229a(b)(5)(C)(i), (e)(1) (2000). In addition, Gemeda was not denied the right to due process. Sharma v. INS, 89 F.3d 545, 548 (9th Cir. 1996). Moreover, we find Gemeda's argument that the Board failed to follow its own precedent is without merit.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.